AO91 (Rev. 12/03) Criminal Complaint   Misdemeanor   AUSA   United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

OCT 0 3 2014

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
            vs.

Luis Yair ALVAREZ
    United States

**CRIMINAL COMPLAINT**

Case Number: 1:14- MJ-909

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   October 01, 2014   in   Cameron   County, in the   Southern District Of Texas   defendant(s) did willfully, knowingly and in violation of law did not enter the United States at a border designated crossing point, immediately report his arrival, and present himself and all articles accompanying him for inspection to a Customs and Border Protection Officer at a Customs and Border Protection facility designated for that crossing point.

in violation of Title   19   United States Code, Section(s)   1459(a)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on October 1, 2014. The defendant is a citizen of the United States who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on October 1, 2014 thus avoiding inspection by Customs and Border Protection Officials.

Defendant has no funds.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

/S/ Alvarez Jr., Jose L.  Border Patrol Agent
Signature of Complainant

Alvarez Jr., Jose L.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 03, 2014                                                at    Brownsville, Texas
Date                                                                        City/State

Ronald Morgan         U.S. Magistrate Judge
Name of Judge         Title of Judge                                Signature of Judge